

FILED

09/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

**FILED**

SEP 15 2020

Bowen Gree~
Clerk of Supr~ O R D E R
State of Monta~

IN THE MATTER OF THE PETITION OF
WARREN D. DERN

Warren D. Dern has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of his application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission. Dern passed the MPRE in 1991 when seeking admission to the practice of law in the State of California. He was admitted to the California Bar and has practiced law continuously for over 25 years "without any ethical or disciplinary action." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Warren D. Dern to waive the three-year test requirement for the MPRE for purposes of his current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 15 day of September, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

**FILED**

SEP 15 2020

IN THE MATTER OF THE PETITION OF
SUE E. TAYLOR

Bowen Greenwood O R D E R
Clerk of Supreme Court
State of Montana

Sue E. Taylor has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of her application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission. Taylor passed the MPRE in 1991 when seeking admission to the practice of law in the State of Washington. She was admitted to the Washington Bar and, except for a short period on inactive status in 2009, has practiced law continuously for 29 years "without any ethical or disciplinary issues." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Sue E. Taylor to waive the three-year test requirement for the MPRE for purposes of her current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 15 day of September, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices